**James Guy ARNOLD, Petitioner–Appellant,**

v.

**Sheriff MADES; Martin Van Evans, Lieutenant, Warden, Respondents–Appellees.**

§ 636(c) (West 1993 & Supp.2001).

**James Guy Arnold, Petitioner–
Appellant,**

v.

**Charles Mades; Martin Van Evans;
Washington County Sheriff's Depart-
ment; Attorney General for the State
of Maryland; M. Kenneth Long, Re-
spondents–Appellees.**

**Nos. 01–7964, 01–8094.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 6, 2002.

James Guy Arnold, Appellant Pro Se.

Before WILKINS, DIANA GRIBBON
MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

James Guy Arnold appeals the district
court's order denying relief on his 28
U.S.C. § 2241 (1994) petition in these con-
solidated cases. We have reviewed the
record and the district court's opinion and
find no reversible error. Accordingly, we
deny a certificate of appealability and dis-
miss on the reasoning of the district court.
*See Arnold v. Mades,* Nos. CA–01–2347–
AMD & CA–01–3087–AMD (D. Md. Nov. 2
& 6, 2001 and filed Nov. 27; entered Nov.
29, 2001). We deny Arnold's motion for
emergency action in No. 01–7964 and dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court

and argument would not aid the decisional
process.

*DISMISSED.*